IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

SUNTRUST BANK,
    Plaintiff,

vs.                                    Case No. 3:09cv85/RV/EMT

NANCY RENEE O'BRIEN,
    Defendant.
_____/

## O R D E R

This cause comes on for consideration upon the magistrate judge's report and recommendation dated April 15, 2009 (Doc. 10).  The parties have been furnished a copy of the report and recommendation and have been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1).  I have made a _de novo_ determination of all timely filed objections.

Having considered the report and recommendation, and any timely filed objections thereto timely filed, I have determined that the report and recommendation should be adopted.

Accordingly, it is now **ORDERED** as follows:

1. The magistrate judge's report and recommendation is adopted and incorporated by reference in this order.

2.  Defendant's "Motion to Dismess [sic] Under Rule 12(B) for Lack of Jurisdiction, Improper Venue, Insuffecient [sic] Service of Process, or Failure to State a Claim" (Doc. 7) is **DENIED**.

**DONE AND ORDERED** this 18th day of May, 2009.

                                              /s/  _Roger Vinson_
                                              **ROGER VINSON**
                                              **SENIOR UNITED STATES DISTRICT JUDGE**