IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

SUNTRUST BANK,
    Plaintiff,

vs.                                                   Case No. 3:09cv85/RV/EMT

NANCY RENEE O'BRIEN,
    Defendant.
_____/

## **ORDER**

This cause is before the court on Plaintiff's Motion for Final Default Judgment under Rule 55(b)(1) of the Federal Rules of Civil Procedure (Doc. 9).  Plaintiff's accompanying affidavit states that the amount due is the principal sum of $332,925.06, plus interest upon the principal at the rate of 4.19% from July 8, 2008; however, the affidavit does not state the actual amount of interest due. Therefore, the affidavit does not sufficiently state the "amount due" for purposes of Rule 55(b)(1). Accordingly, Plaintiff shall supplement the affidavit with a statement of the amount of interest due from July 8, 2008 to the date of filing the supplement.

Accordingly, it is **ORDERED**:

On or before **MAY 29, 2009**, Plaintiff shall supplement its motion for default judgment with an affidavit stating the amount of interest due from July 8, 2008 to the date of filing the supplement.

At Pensacola, Florida this 22nd day of May 2009.


                                                 /s/ *Elizabeth M. Timothy*
                                               **ELIZABETH M. TIMOTHY**
                                               **UNITED STATES MAGISTRATE JUDGE**